UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUNIS MOHAMMAD AMINY, *et al.*,
                            Plaintiff,

          -v-

NIC FRIED CHICKEN CORP., *et al.*,
                            Defendants.

25-CV-4226 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants were served on May 30, 2025 (ECF No. 6) and June 2, 2025 (ECF No. 7). However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiffs have not moved for a default judgment.

    Plaintiffs are directed to notify the Court whether they intend to move for default judgment, or if they have received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiffs fail by July 24, 2025, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiffs are directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                                    J. PAUL OETKEN
                                              United States District Judge