**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
YOUNIS MOHAMMAD AMINY,
SULAIMAN AMINY, and
ILYAS AMINY,

|  |  |
|---|---|
| Plaintiffs, | **ORDER** |
| -against- | **25-CV-4226 (JW)** |

NIC FRIED CHICKEN CORP.,
MOHAMMAD R. AMINY, and
MOHAMMAD AYOB AMINY,

Defendants.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiffs' request for a discovery conference. A discovery conference is scheduled for **June 1, 2026 at 10:30 AM** in courtroom 228 in the Thurgood Marshall United States Courthouse located at 40 Foley Square. The Parties are to file a joint letter <u>one week</u> in advance of the conference outlining the remaining discovery disputes and including both Parties' positions on each outstanding dispute.

SO ORDERED.

DATED:    New York, New York
          May 12, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge