**Law Office of Mohammed Gangat**

220 Ninth Street, Suite 2049, Jersey City, NJ 07302
(833) 729-3247  mgangat@gangatpllc.com

May 27, 2026

**VIA ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court, Southern District of New York

Re:  *Aminy, et al. v. NIC Fried Chicken Corp., et al.,* No. 1:25-cv-04226-JW (S.D.N.Y.)
     **Plaintiffs' Letter Requesting Vacatur of the June 1, 2026 Discovery Conference**

Dear Judge Willis:

Plaintiffs respectfully submit this letter pursuant to the Court's May 12, 2026 Order (Dkt. 26) and chambers' email of May 27, 2026, and request that the Court vacate the discovery conference currently scheduled for June 1, 2026 at  10:30 a.m., as no discovery conference is necessary at this time.

On May 5, 2026, Plaintiffs filed a letter motion seeking, among other relief, an order compelling Defendants to serve responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production dated November 17, 2025 (Dkt. 25).

On May 12, 2026, the Court granted Plaintiffs' request for a Local Civil Rule 37.2 conference and scheduled the conference for June 1, 2026 (Dkt. 26).

On May 22, 2026, the undersigned counsel for Plaintiffs, Ganlu Chen, received Defendants' responses and objections to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production. Because Plaintiffs have now received the discovery responses that were the principal subject of Plaintiffs' May 5, 2026 letter motion, Plaintiffs respectfully submit that no discovery conference is necessary at this time and request that the Court vacate the conference scheduled for June 1, 2026.

Plaintiffs reserve all rights to seek further relief from the Court should any discovery dispute arise that the parties are unable to resolve through good-faith meet-and-confer.

Plaintiffs thank the Court for its attention to this matter.

Respectfully submitted,

The request is GRANTED, the hearing is adjourned *sine die*. The Clerk of Court is requested to close Dkt. Nos. 25 & 27.
SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
May 27, 2026

*/s/ Ganlu Chen*
Ganlu Chen, Esq.
*Attorneys for Plaintiffs*